ALBERT H. WILKINSON, *Plaintiff in Error*, v. MILDRED M. HANSON, *Defendant in Error*.

Division B.

Decision filed July 13, 1928.

Petition for rehearing denied September 24, 1928.

*Marks, Marks & Holt, for* Defendants in Error;

*Evan Evans,* for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court upon transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.